IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-433-FL

| | |
|---|---|
| MONZELLA MARTINEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | REMAND ORDER |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Defendant has moved to remand this case in accordance with sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), for further administrative proceedings. The Plaintiff concurs with the motion.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision and and remands the case to the Commissioner for further proceedings, in accordance with sentence four of 42 U.S.C. § 405(g).

This is a final judgment. The Clerk of Court shall enter judgment in accordance with Rules 58 and 79 of the Federal Rules of Civil Procedure and is directed to close the case.

It is so ORDERED this 16th day of January, 2013.

LOUISE W. FLANAGAN
United States District Judge